ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| STG Pacific, LLC | ) ASBCA No. 63063-ADR |
| | ) |
| Under Contract No. W911KB-19-C-0029 | ) |

APPEARANCES FOR THE APPELLANT:    Lindsay Watkins, Esq.
       Keith D. Sparks, Esq.
        Ahlers Cressman & Sleight, PLLC
        Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
        Engineer Chief Trial Attorney
       Andrew J. Hodlofski, Esq.
       Dena R. Ivey, Esq.
        Engineer Trial Attorneys
        U.S. Army Engineer District, Alaska

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 12, 2024

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63063-ADR, Appeal of STG Pacific, LLC, rendered in conformance with the Board's Charter.

Dated:  April 12, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals